ALVA A. KNIGHT ET AL., APPELLANTS, VS. H. WEISKOPF ET AL., APPELLEES.

All the defendants to a judgment in ejectment must join in an appeal, or there must be notice and severance.

Appeal from the Circuit Court for Duval county.

The Appellees, who were plaintiffs below, moved to dismiss the appeal on the following ground : "The record shows a joint judgment was rendered in the court below against all the defendants therein, and bond given and appeal therefrom prosecuted in the name of only two of the defendants." There were three defendants.

Cockrell & Walker for the motion.

M. C. Jordan and John Earl Hartridge, contra.

THE CHIEF-JUSTICE delivered the opinion of the court.

Judgment in ejectment against three defendants, two of whom appeal without notice to the other or severance.

Motion of appellee to dismiss appeal granted.

The appeal must be in the names of all the defendants, or there must be notice to the co-defendants who do not appeal, and severance. Standley vs. Jaffray, 13 Fla., 596, and authorities cited.

Appeal dismissed.